GIBSON, DUNN & CRUTCHER LLP
Eugene Scalia
Elise Zealand (EZ 1443)
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: 212-351-4000
Facsimile: 212-351-4035

BESEN AND TROP, LLP
Robert E. Trop, Esq. (RT 0172)
585 Stewart Avenue, Suite 416
Garden City, New York 11530
Telephone: 516-745-1800

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
Yvette Rivera,

          Plaintiff,

v.

MCI International, Inc. a/k/a MCI, Inc.,

          Defendant.
------------------------------------x

Case No. 05 CIV 10670 (KMK) (LMS)
ECF

**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Yvette Rivera ("Plaintiff"), by her undersigned counsel of record, and Verizon Business (formerly doing business as MCI, Inc.), by their undersigned counsel of record, that the above-captioned action, including all claims, shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each party shall bear its own attorneys' fees and costs in the action.

**IT IS SO STIPULATED.**

Dated: August 24, 2007

By: _____
Elise S. Zealand, Esq.

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone:   212-351-4000
Facsimile:    212-351-4035

By: _____
Robert E. Trop, Esq.

BESEN AND TROP, LLP
585 Stewart Avenue, Suite 416
Garden City, New York 11530
Telephone:   516-745-1800

**The Clerk of the Court is directed to close the case.**

SO ORDERED.

_____
**KENNETH M. KARAS**
**United States District Judge**

**Date: September 10, 2007**

2